NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STOREWALL, LLC,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

---

2010-1193

---

Appeal from the United States Court of International Trade in case no. 05-CV-0462, Judge Leo M. Gordon.

---

## ON MOTION

---

## ORDER

The United States moves for a 5-day extension of time, until August 4, 2010, to file its initial brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

AUG  2 2010
——————————————
Date

/s/ Jan Horbaly
——————————————
Jan Horbaly
Clerk

cc:  R. Kevin Williams, Esq.
     Edward F. Kenny, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 02 2010

**JAN HORBALY**
**CLERK**